IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01022-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

DENVER DISTRICT CT., and
STATE OF COLO.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff William Maunz initiated this action by filing *pro se* a "Motion for Application for Civil Complaint, Pursuant to Title 42 § U.S.C. 1823 and Leave to Proceed Pursuant to Title 28 § U.S.C. 1915(b)." In an order filed on May 16, 2008, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file a Prisoner Complaint, to file a motion seeking leave to proceed *in forma pauperis* on the proper form, and to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis*. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Copies of Magistrate Judge Boland's May 16 order were mailed to both addresses provided by Mr. Maunz. On May 23, 2008, the copy of Magistrate Judge Boland's May 16 order that was mailed to Mr.

Maunz at the Denver County Jail was returned to the Court undelivered. The other copy of Magistrate Judge Boland's May 16 order that was mailed to Plaintiff at another address has not been returned to the Court.

Mr. Maunz has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's May 16 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Motion for Application for Civil Complaint, Pursuant to Title 42 § U.S.C. 1823 and Leave to Proceed Pursuant to Title 28 § U.S.C. 1915(b)" filed on May 16, 2008, is denied as moot.

DATED at Denver, Colorado, this 2 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01022-BNB

William Maunz
C.M.H.I.P.
1600 W. 24 Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7-3-08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk